UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| DINA WINGER, individually and on behalf of all others similarly situated,<br><br>                *Plaintiff,*<br><br>    v.<br><br>AT&T Inc.,<br><br>                *Defendant.* | Case No. 3:24-cv-1797<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL
## JEFFREY LUCAS OTT

PLEASE TAKE NOTICE that Jeffrey Lucas Ott of Foster Yarborough PLLC enters an appearance as additional counsel of record for Plaintiff Dina Winger. Mr. Ott hereby consents to notification and service of all notices and filings in this action via the Court's ECF system at luke@fosteryarborough.com.

1

| | |
|---|---|
| DATED: July 13, 2024 | Respectfully submitted, |
| **MATHIAS RAPHAEL PLLC** | **FOSTER YARBOROUGH PLLC** |
| */s/ Ori Raphael*<br>Ori Raphael<br>Texas Bar No. 24088273<br>Damon Mathias<br>Texas Bar No. 24080170<br>13101 Preston Road, Suite 501<br>Dallas, Texas 75240<br>Telephone: (214) 739-0100<br>Fax: (214) 739-0551<br>Email: **ori@mr.law**<br>Email: **damon@mr.law** | By: */s/ Patrick Yarborough*<br>Patrick Yarborough<br>Texas Bar No. 24084129<br>Jeffrey Lucas Ott<br>Texas Bar No. 24116864<br>917 Franklin Street, Suite 220<br>Houston, Texas 77002<br>Telephone: (713) 331-5254<br>Facsimile: (713) 513-5202<br>Email: **patrick@fosteryarborough.com**<br>Email: **luke@fosteryarborough.com** |
| | **GEORGE FELDMAN McDONALD, PLLC**<br><br>Lori G. Feldman, *pro hac vice* forthcoming<br>102 Half Moon Bay Drive<br>Croton-on-Hudson, New York 10520<br>Telephone: (917) 983-9321<br>Email: **lfeldman@4-justice.com**<br><br>**COUNSEL FOR PLAINTIFF<br>AND THE PUTATIVE CLASS** |

**CERTIFICATE OF SERVICE**

This is to certify that on July 13, 2024, a true and correct copy of the foregoing has been served via the court's electronic case filing system and via e-mail upon all counsel of record.

*/s/ Patrick Yarborough*
Patrick Yarborough