# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

Dina Winger
Plaintiff

v.

AT&T, Inc.
Defendant

3:24-cv-1797
Civil Action No.

### CERTIFICATE OF INTERESTED PERSONS/DISCLOSURE STATEMENT
(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2, Dina Winger

provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
*Please separate names with a comma. Only text visible within box will print.*

N/A

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
*Please separate names with a comma. Only text visible within box will print.*

1. Dina Winger, c/o Foster Yarborough, PLLC
2. Foster Yarborough, PLLC, 917 Franklin Street, Suite 220, Houston, Texas 77002, Telephone: (713) 331-5254, Email: patrick@fosteryarborough.com, Email: luke@fosteryarborough.com
3. George Feldman McDonald, PLLC, Lori G. Feldman, 102 Half Moon Bay Drive, New York, NY 10151, Telephone: (917) 983-9321 (Direct) or (561) 232-6002 (Office) or (888) 421-4529, Email: lfeldman@4-justice.com

**Please see attached page - continuing list**

**Continued from page 1 – A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:

4.  George Feldman McDonald, PLLC, Janine Pollack, 745 Fifth Avenue, Suite 500, New York, NY 10151,  Telephone: (917) 983-2707 (Direct) or (561) 232-6002 (Office) or (888) 421-4529, Email: jpollack@4-justice.com

5. George Feldman McDonald, PLLC, David George, 745 Fifth Avenue, Suite 500,
New York, NY 10151, Telephone: (561) 295-4991 (Direct) or (561) 232-6002 (Office) or (888) 421-4529 ,  Email: dgeorge@4-justice.com

6.  AT&T, Inc., One AT&T Plaza, 208 S. Akard Street, Dallas, Texas, 75202

| | |
|---|---|
| Date: | July 14, 2024 |
| Signature: | /s/ Patrick Yarborough |
| Print Name: | Patrick Yarborough |
| Bar Number: | 24084129 |
| Address: | 917 Franklin, Suite 220 |
| City, State, Zip: | Houston, Texas 77002 |
| Telephone: | 713-331-5254 |
| Fax: | 713-513-5202 |
| E-Mail: | patrick@fosteryarborough.com |

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil => Other Documents => Certificate of Interested Persons/Disclosure Statement.