United States District Court
Northern District of Texas
1100 Commerce Street
Dallas, Texas 75242

Chambers of

U.S. Magistrate Judge David L. Horan

214/753-2400

July 16, 2024

Karen Mitchell, Clerk
United States District Court
Northern District of Texas
1100 Commerce Street
Dallas, Texas 75242

      Re:    No. 3:24-cv-1797-X, *Winger v. AT&T Inc.*

Dear Ms. Mitchell:

      Pursuant to the provisions of 28 U.S.C. § 455, I would appreciate it if you would please reassign the above-referenced case going forward to another magistrate judge for matters that may be referred in accordance with the usual procedure.

Sincerely,

David L. Horan