# UNITED STATES DISTRICT COURT
Northern District of Texas

| | | |
|---|---|---|
| DINA WINGER<br>**PLAINTIFF**<br><br>VS.<br><br>AT&T, INC.<br>**DEFENDANT** | § § § § § § § § § § § | CAUSE NO. 3:24-cv-01797-G |

## SUMMONS IN A CIVIL ACTION
## RETURN OF SERVICE

This SUMMONS IN A CIVIL ACTION, CLASS ACTION COMPLAINT, NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL JEFFREY LUCAS OTT, CERTIFICATE OF INTERESTED PERSONS/DISCLOSURE STATEMENT, NOTICE AND ELECTION REGARDING CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGEfor AT&T, Inc. c/o Registered Agent CT CORPORATION SYSTEM was received by me on Monday, July 15, 2024 at 4:47 PM.

I delivered the above-mentioned documents to Intake Specialist: William Miller who represented that they were authorized to accept service on behalf of AT&T, Inc. c/o Registered Agent CT CORPORATION SYSTEM on Tuesday, July 16, 2024 at 3:39 PM at 1999 BRYAN STREET STE. 900, DALLAS, TX 75201.

I am over the age of eighteen, and am not a party to this case.

I declare under penalty of perjury that this information is true.

Tuesday, July 16, 2024

*Tracy Dewayne Edwards*

Tracy Dewayne Edwards
Process Server
1015 Devonshire Drive South
Forney, TX 75126

ATT003
DocID: P324502_1