UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DINA WINGER, individually and on behalf of all others similarly situated, § § § | | |
| *Plaintiff* § | | Civil Action No. 3:24-cv-1797-E |
| § v. § § | | |
| AT&T INC., § § | | |
| *Defendant.* § | | |

## NOTICE OF APPEARANCE OF COUNSEL – C. SHAWN CLEVELAND

PLEASE TAKE NOTICE that C. Shawn Cleveland enters an appearance as counsel of record for Defendant AT&T Inc. The undersigned consents to notification and service of all notices and filings in this action via the Court's ECF system at scleveland@bakerlaw.com.

Dated: July 24, 2024

Respectfully submitted,

**BAKER & HOSTETLER LLP**

By: */s/ C. Shawn Cleveland*
C. Shawn Cleveland
Texas Bar No. 24012433
BAKER & HOSTETLER LLP
2850 N. Harwood Street, Suite 1100
Dallas, TX 75201
Phone: 214-210-1200
Fax: 214-210-1201
scleveland@bakerlaw.com

**ATTORNEYS FOR DEFENDANT AT&T INC.**

## **CERTIFICATE OF SERVICE**

      I certify that this notice was electronically filed with the Clerk of the Court on July 24, 2024, using the CM/ECF system, which will send email notification of this filing to all attorneys of record.

                                                     _/s/ C. Shawn Cleveland_
                                                     C. Shawn Cleveland