UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DINA WINGER, individually and on behalf of all others similarly situated, | § § § | |
| *Plaintiff* | § § | Civil Action No. 3:24-cv-1797-E |
| v. | § § | |
| AT&T INC., | § § | |
| *Defendant.* | § § | |

## NOTICE OF APPEARANCE OF COUNSEL – TAMARA D. BAGGETT

PLEASE TAKE NOTICE that Tamara D. Baggett enters an appearance as counsel of record for Defendant AT&T Inc. The undersigned consents to notification and service of all notices and filings in this action via the Court's ECF system at tbaggett@bakerlaw.com.

Dated: July 24, 2024

Respectfully submitted,

**BAKER & HOSTETLER LLP**

By: */s/ Tamara D. Baggett*
Tamara D. Baggett
Texas Bar No. 24058573
BAKER & HOSTETLER LLP
2850 N. Harwood Street, Suite 1100
Dallas, TX 75201
Phone: 214-210-1200
Fax: 214-210-1201
tbaggett@bakerlaw.com

**ATTORNEYS FOR DEFENDANT AT&T INC.**

## **CERTIFICATE OF SERVICE**

I certify that this notice was electronically filed with the Clerk of the Court on July 24, 2024, using the CM/ECF system, which will send email notification of this filing to all attorneys of record.

*/s/ Tamara D. Baggett*
Tamara D. Baggett