UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DINA WINGER, individually and on behalf of all others similarly situated, | § § § | |
| *Plaintiff* | § § | Civil Action No. 3:24-cv-1797-E |
| v. | § § | |
| AT&T INC., | § § | |
| *Defendant.* | § § | |

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1 and LR 7.4, Defendant AT&T Inc. states:

1. AT&T Inc. is a publicly traded company. There is no one person or group that owns 10% or more of the stock of AT&T Inc.

2. The following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

    a. Dina Winger

    b. AT&T Inc.

Dated: July 24, 2024                                Respectfully submitted,

**BAKER & HOSTETLER LLP**

By:  */s/ Tamara D. Baggett*
     C. Shawn Cleveland
     Texas Bar No. 24012433
     Tamara D. Baggett
     Texas Bar No. 24058573
     BAKER & HOSTETLER LLP
     2850 N. Harwood Street, Suite 1100
     Dallas, TX 75201
     Phone: 214-210-1200
     Fax: 214-210-1201
     scleveland@bakerlaw.com
     tbaggett@bakerlaw.com

**ATTORNEYS FOR DEFENDANT AT&T INC.**

## CERTIFICATE OF SERVICE

I certify that this certificate was electronically filed with the Clerk of the Court on July 24, 2024, using the CM/ECF system, which will send email notification of this filing to all attorneys of record.

*/s/ Tamara D. Baggett*
Tamara D. Baggett