UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| DINA WINGER, individually and on behalf of all others similarly situated,<br><br>       *Plaintiff,*<br><br>  v.<br><br>AT&T, Inc.,<br><br>       *Defendant.* | **Civil Action No. 3:24-cv-1797-E** |

## NOTICE OF RELATED CASE

Plaintiff Dina Winger hereby notifies the Court that, subsequent to the commencement of her action, another case that is related to the *Winger* action was filed in the United States District Court for the Northern District of Texas, Dallas Division within the meaning of Civil Rule 3.3. That new related case is: *Jonathan Weaver and Jennifer Carter, individually and on behalf of all others similarly situated v. Snowflake, Inc. and AT&T Inc*, Civil Action No. 3:24-cv-01915 (N.D. Tex.).

Dated: July 27, 2024              Respectfully Submitted,

**MATHIAS RAPHAEL PLLC**        **FOSTER YARBOROUGH PLLC**

Ori Raphael               By: */s/ Patrick Yarborough*
Texas Bar No. 24088273          Patrick Yarborough
Damon Mathias             Texas Bar No. 24084129
Texas Bar No. 24080170          Jeffrey Lucas Ott
13101 Preston Road, Suite 501       Texas Bar No. 24116864
Dallas, Texas 75240            917 Franklin Street, Suite 220
Telephone: (214) 739-0100         Houston, Texas 77002
Fax: (214) 739-0551            Telephone: (713) 331-5254
Email: ori@mr.law            Facsimile: (713) 513-5202
Email: damon@mr.law          Email: patrick@fosteryarborough.com
                      Email: luke@fosteryarborough.com

        **GEORGE FELDMAN McDONALD, PLLC**

        Lori G. Feldman, *pro hac vice* forthcoming
        102 Half Moon Bay Drive
        Croton-on-Hudson, New York 10520
        Telephone: (917) 983-9321
        Email: lfeldman@4-justice.com

        ***Counsel for Plaintiff Dina Winger***

## CERTIFICATE OF SERVICE

      This is to certify that on July 27, 2024, a true and correct copy of the foregoing has been served via the court's electronic case filing system and via e-mail upon all counsel of record.

        */s/ Patrick Yarborough*
        Patrick Yarborough