UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| DINA WINGER, individually and on behalf of all others similarly situated,<br><br>       *Plaintiff,*<br><br>  v.<br><br>AT&T, Inc.,<br><br>       *Defendant.* | Civil Action No. 3:24-cv-1797-E |

## NOTICE OF RELATED CASE

  Plaintiff Dina Winger hereby notifies the Court that, after the commencement of her action, another case that is related to the *Winger* action was filed in the United States District Court for the Northern District of Texas, Dallas Division, within the meaning of Civil Rule 3.3. The new related case is entitled: *Tina Powell, individually and on behalf of all others similarly situated v. AT&T Inc*, Civil Action No. 3:24-cv-01948-E (N.D. Tex.).

Dated: August 1, 2024              Respectfully Submitted,

**GEORGE FELDMAN McDONALD, PLLC**     **FOSTER YARBOROUGH PLLC**

Lori G. Feldman, *pro hac vice* forthcoming      By: */s/ Patrick Yarborough*
102 Half Moon Bay Drive             Patrick Yarborough
Croton-on-Hudson, New York 10520        Texas Bar No. 24084129
Telephone: (917) 983-9321            Jeffrey Lucas Ott
Email: lfeldman@4-justice.com          Texas Bar No. 24116864
                          917 Franklin Street, Suite 220
                          Houston, Texas 77002
                          Telephone: (713) 331-5254
                          Facsimile: (713) 513-5202
                          Email: patrick@fosteryarborough.com
                          Email: luke@fosteryarborough.com

**MATHIAS RAPHAEL PLLC**
Ori Raphael
Texas Bar No. 24088273
Damon Mathias
Texas Bar No. 24080170
13101 Preston Road, Suite 501
Dallas, Texas 75240
Telephone: (214) 739-0100
Fax: (214) 739-0551
Email: ori@mr.law
Email: damon@mr.law

## CERTIFICATE OF SERVICE

This is to certify that on August 1, 2024, a true and correct copy of the foregoing has been served via the court's electronic case filing system and via e-mail upon all counsel of record.

*/s/ Patrick Yarborough*
Patrick Yarborough