UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| DINA WINGER, individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>AT&T, Inc.,<br><br>*Defendant.* | Civil Action No. 3:24-cv-1797 |

## NOTICE OF RELATED CASE

Plaintiff Dina Winger hereby notifies the Court that, after to the commencement of her action, another case that is related to the above-captioned *Winger* action was filed in the United States District Court for the Northern District of Texas, Dallas Division, within the meaning of Civil Rule 3.3. The new related case is entitled: *Cindy Wallace, individually and on behalf of all others similarly situated v. AT&T Inc. and AT&T Mobility LLC*, Civil Action No. 3:24-cv-02330 (N.D. Tex.).

Dated: September 23, 2024

Respectfully Submitted,

**GEORGE FELDMAN McDONALD, PLLC**

Lori G. Feldman, (*pro hac vice*)
102 Half Moon Bay Drive
Croton-on-Hudson, New York 10520
Telephone: (917) 983-9321
Email: lfeldman@4-justice.com

**FOSTER YARBOROUGH PLLC**

By: */s/ Patrick Yarborough*
Patrick Yarborough
Texas Bar No. 24084129
Jeffrey Lucas Ott
Texas Bar No. 24116864
917 Franklin Street, Suite 220
Houston, Texas 77002
Telephone: (713) 331-5254
Facsimile: (713) 513-5202
Email: patrick@fosteryarborough.com
Email: luke@fosteryarborough.com

1

MATHIAS RAPHAEL PLLC

Ori Raphael
Texas Bar No. 24088273
Damon Mathias
Texas Bar No. 24080170
13101 Preston Road, Suite 501
Dallas, Texas 75240
Telephone: (214) 739-0100
Fax: (214) 739-0551
Email: ori@mr.law
Email: damon@mr.law

COUNSEL FOR PLAINTIFF AND THE PUTATIVE CLASS

## CERTIFICATE OF SERVICE

This is to certify that on September 23, 2024, a true and correct copy of the foregoing has been served via the court's electronic case filing system and via e-mail upon all counsel of record.

*/s/ Patrick Yarborough*
Patrick Yarborough